UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KAYLA REED,

              Plaintiff,

v.

HUGO BOSS RETAIL, INC.,

              Defendant.

------------------------------------------------------------x

Docket No. 17-CV-8539 (RA)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Aaron Warshaw of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1745 Broadway, Suite 22, New York, New York 10019, hereby enters his appearance as counsel for Defendant Hugo Boss Retail, Inc., in the above-captioned matter.

Dated: New York, New York
       December 4, 2017

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: /s Aaron Warshaw
     Aaron Warshaw
1745 Broadway, 22nd Floor
New York, NY  10019
(212) 492-2500
aaron.warshaw@ogletree.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, the foregoing Notice of Appearance was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel of record for the Plaintiff as follows:

Javier Luis Merino
Dann Law
1 Meadowlands Plaza
Suite 200
E. Rutherford, NJ 07073
jmerino@dannlaw.com

                                            /s Aaron Warshaw
                                            Aaron Warshaw