**MEMO ENDORSED**

# Ogletree
# Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, NY 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletree.com

Aaron Warshaw
212.492.2509
aaron.warshaw@ogletreedeakins.com

December 4, 2017

**VIA ECF**
The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted.
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 12/4/2017

RE: *Reed v. Hugo Boss Retail, Inc.*
S.D.N.Y., No. 1:17-CV-08539

Dear Judge Abrams:

We represent defendant Hugo Boss Retail, Inc. ("Hugo Boss") in the above-referenced matter, and we write jointly with plaintiff Kayla Reed ("Plaintiff"). On November 3, 2017, Plaintiff filed the Complaint in the present matter, and served Hugo Boss with the Complaint and Summons on November 10, 2017. On November 17, 2017, counsel for Hugo Boss and counsel for Plaintiff discussed this matter, and counsel for Plaintiff agreed to extend the date for Hugo Boss to respond to the Complaint from December 1, 2017 to January 15, 2018, in order for the parties to discuss resolution of this matter. As such, the parties jointly request that Defendant's time to answer, move, or otherwise respond to the Complaint be extended, *nunc pro tunc*, up to and including January 15, 2018. This is the first such request by the parties, and the grant of this request will not impact any other deadlines in this case.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By /s Aaron Warshaw
Aaron Warshaw
Jennifer S. Rusic (*pro hac vice* to be filed)

CC: Javier L. Merino (via ECF)

32215390.2

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis
Morristown • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • Richmond
St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington