# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletree.com

1/16/18

Aaron Warshaw
212.492.2509
aaron.warshaw@ogletree.com

January 12, 2018

**VIA ECF**
The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted.
> The deadline to respond to the complaint is extended to January 29, 2018. The conference is adjourned until February 9, 2018 at 4:15 p.m.. The parties shall file a joint letter and case management plan by February 2, 2018.
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 1/16/2018

RE:   *Reed v. Hugo Boss Retail, Inc.*
      S.D.N.Y., No. 1:17-CV-08539

**MEMO ENDORSED**

Dear Judge Abrams:

    As Your Honor is aware, we represent defendant Hugo Boss Retail, Inc. ("Hugo Boss") in the above-referenced matter, and we write jointly with plaintiff Kayla Reed ("Plaintiff"). On December 4, 2017, the parties filed a joint letter motion to extend the date for Hugo Boss to respond to Plaintiff's Complaint to January 15, 2018. Since that time, the parties have engaged in preliminary discussions in furtherance of a potential amicable resolution of this case. To allow the parties to engage in further discussions while preserving their resources, the parties jointly request that all deadlines, including Hugo Boss' deadline to respond to Plaintiff's Complaint, and the deadline for the Joint Letter and Case Management Plan, be extended to January 29, 2018, or any date thereafter that is convenient for the Court.

    The parties also respectfully write to request adjournment of the Initial Pretrial Conference (the "Conference") currently scheduled for January 19, 2018, until February 2, 2018, or any date thereafter that is convenient for the Court, in light of the above request for an extension of time.

    We thank Your Honor for your consideration of this request.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

January 12, 2018
Page 2

Ogletree
Deakins

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.

        By /s Aaron Warshaw
          Aaron Warshaw
          Jennifer S. Rusie (*pro hac vice* to be filed)

CC:    Javier L. Merino (via ECF)