# Ogletree
# Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, NY 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/18

Aaron Warshaw
212.492.2509
aaron.warshaw@ogletree.com

January 29, 2018

**VIA ECF**
The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.
SO ORDERED.

Hon. Ronnie Abrams
1/29/18

RE:   *Reed v. Hugo Boss Retail, Inc.*
      S.D.N.Y., No. 1:17-CV-08539

Dear Judge Abrams:

    As Your Honor is aware, we represent defendant Hugo Boss Retail, Inc. ("Hugo Boss") in the above-referenced matter, and we write jointly with plaintiff Kayla Reed ("Plaintiff"). On December 4, 2017, the parties filed a joint letter motion to extend the date for Hugo Boss to respond to Plaintiff's Complaint to January 15, 2018. The parties filed a similar joint letter motion on January 12, 2018, seeking an extension of time to respond to Plaintiff's Complaint to January 29, 2018. The Court granted this extension and ordered that the parties file a joint letter and case management plan on February 2, 2018. Since that time, the parties have engaged in further settlement discussions. To allow the parties to engage in further discussions while preserving their resources, the parties jointly request that Hugo Boss' deadline to respond to Plaintiff's Complaint be extended to February 2, 2018, the due date for the joint letter and case management plan. This extension will not impact any other deadlines in this case.

    We thank Your Honor for your consideration of this request.

    Respectfully submitted,

    OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.

    By /s Aaron Warshaw
      Aaron Warshaw
      Jennifer S. Rusie (*pro hac vice* to be filed)

cc:   Javier L. Merino (via ECF)

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis
Morristown • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • Richmond
St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington